```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05292
    CHARLES A STEELE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7601


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/06/08 .

    2.  The case was dismissed without confirmation, 06/06/2008.

----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
----------------------------------------------------------------------
BANCO POPULAR              UNSECURED        NOT FILED         .00          .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC         .00          .00          .00
TRACY PETTY-STEELE         CHILD SUPPORT   NOT FILED          .00          .00
ADVOCATE SOUTH SUBURBAN    UNSECURED        NOT FILED         .00          .00
AQUA ILLINOIS              UNSECURED        NOT FILED         .00          .00
BANCO POPULAR NORTH AMER   UNSECURED        NOT FILED         .00          .00
EXCEL LLC ST THERESE       UNSECURED        NOT FILED         .00          .00
FIRST PREMIER BANK         UNSECURED        NOT FILED         .00          .00
SILVER CROSS HOSPITAL      UNSECURED        NOT FILED         .00          .00
ST JAMES HOSPITAL          UNSECURED        NOT FILED         .00          .00
HWARFIELD                  UNSECURED        NOT FILED         .00          .00
        Summary of disbursements:
----------------------------------------------------------------------
                  SECURED    PRIORITY    UNSECURED     OTHER       TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00        .00          .00
PRINCIPAL PAID        .00        .00         .00        .00          .00
INTEREST PAID         .00        .00         .00        .00          .00
TOTAL PAID            .00        .00         .00        .00          .00
The Debtor's attorney, WILLIAM J MORONEY            , was allowed $   3500.00
and was paid $    300.00   direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 05292 CHARLES A STEELE
```